1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,

Case No. 15cr1706-BAS

11

Plaintiff,

PRELIMINARY ORDER
OF CRIMINAL FORFEITURE

12

v.

13

CRAIG DEWY ARMSTRONG,

14

Defendant.

15

16      WHEREAS, in the Inform ation in the above-captioned case, the United States

17 sought forfeiture of all right , title and interest in firear ms and ammunition of Defendant,

18 CRAIG DEWY ARMSTRONG ("Defendant"), pursuant to Title 28 U.S.C. § 2461(c), as

19 properties involved in the violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) as charged

20 in the Information; and

21      WHEREAS, on or about August 6, 2015, the Defendant entered guilty plea to Count

22 1 of the Information before Magistrate-Judge Jan M. Adler; and

23      WHEREAS, on August 21, 2015, this Court accepted Defendant's guilty plea; and

24      WHEREAS, by virtue of the facts set fo rth in the Plea Agre ement and Forfeiture

25 Addendum, the United States has establishe d the requisite nexus between the fo rfeited

26 properties and the offense; and

27      WHEREAS, by virtue of said guilty pl ea, the United States is now entitled to

28 possession of said properties, pursuant to 28 U.S.C. § 2461(c); and

1    WHEREAS,  pursuant to Rule 32.2(b),    the  United States having requested the
2  authority to take custody of a black Mossbe  rg 12-gauge shotgun, bearing serial num ber
3  J805147, and twenty four (24) rounds of Winchester 12-gauge buckshot which were found
4  forfeitable by the Court;

5    WHEREAS, the United States, having submitted the Order herein to the Defendant
6  through his attorney of record to review, and no objections having been received;

7    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

8    1.    Based  upon the guil ty  plea of the De  fendant, the United States is hereby
9  authorized to take custody and control of   a black Mossberg 12-gauge  shotgun, bearing
10  serial number J805147, and twenty four (24)rounds of Winchester 12-gauge buckshot, and
11  all right, title and interest of Defendant CRAIG DEWY ARMSTRONG in them is hereby
12  forfeited to the United States for dispositi  on in accordance with th e  law, subject to the
13  provisions of 21 U.S.C. § 853(n);

14    2.    The  forfeited firearm and amm  unition  are  to be held by Immigration and
15  Customs Enforcement ("ICE") in its secure custody and control.

16    3.    Pursuant to  Rule 32.2(b) and (c),  the  United States is hereby authorized to
17  begin  proceedings consistent   with  any statutory requirements pertaining to ancillary
18  hearings and rights of third parties.  The  Court shall conduct ancillary proceedings as th e
19  Court deems appropriate only upon the receipt of timely third party petitions filed with the
20  Court and served upon the United States.  Th e Court may determine any petition without
21  the need for further hearings upon the receipt of the Government's response to any petition.
22  The Court may enter an amended order without further notice to the parties

23    4.    Pursuant to  the Attorney Genera l's authority under 21 U.S.C. § 853(n)(1),
24  Rule 32.2(b)(3), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty
25  or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish
26  for   thirty   (30) consecutive days on       the   Government's   forfeiture   website,
27  www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of
28  the  properties  in such m  anner  as the Attorn ey General  may  direct, and notice th at  any

1  person, other than the Defendant, having or cl aiming a legal interest in the above-listed

2  forfeited properties must file a petition with the Court within th irty (30) days of the final

3  publication of notice or of receipt of actual notice, whichever is earlier.

4        5.     This notice shall state that the petition shall be for a hearing to adjudicate the

5  validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner

6  under penalty of perjury, and sh all set forth the nature and ex tent of the petitioner's right,

7  title or interest in the forfeited properties and any additional facts supporting the petitioner's

8  claim and the relief sought.

9        6.     The United States may also, to  the extent practicable, provide direct written

10  notice to any person known to have alleged an interest in the properties that is the subject

11  of the Preliminary Order of Criminal Forfeiture.

12        7.     Upon  adjudication of a  ll  third-party interests,   this  Court will enter an

13  Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be

14  addressed.

15        IT IS SO ORDERED.

16        DATED:11/9/15

17                     Hon. CYNTHIA BASHANT

18                     United States District Judge

19

20

21

22

23

24

25

26

27

28

15cr1706